IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JANET WAGNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 16-00069-CB-N |
| VOLKSWGEN GROUP OF AMERICA, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon further review of the motion to remand, the Court has reconsidered its denial of Defendant's motion to stay proceedings pending transfer of this action to the MDL transferee court. Determining whether federal question jurisdiction exists requires evaluation of "'the welter of issues regarding the interrelation of federal and state authority and the proper management of the federal judicial system.'" *Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg.*, 545 U.S. 308, 314 (2005) (quoting *Franchise Tax Bd. of the State of Cal. v. Constr. Laborers Vacation Trust for S. Cal.*, 463 U.S. 1, 8 (1983)). Because there is a risk of inconsistent outcomes should this Court's evaluation differ from that of the transferee court, the transferee judge should decide the motion to remand. Therefore, this action is **stayed** in its entirety pending MDL transfer.

**DONE** and **ORDERED** this the 25th day of April, 2016.

s/Charles R. Butler, Jr.
**Senior United States District Judge**